IN THE MATTER OF THE PETITION OF DR. HUBERT
H. BYRON.

Dec. 20, 1979. Petition for certification denied. (See 170
*N.J.Super.* 410)

STATE OF NEW JERSEY v. RONALD B. BROWN.

Dec. 20, 1979. Petition for certification denied.

FIRST NATIONAL STATE BANK OF NEW JERSEY v.
CONGRUENT MACHINE CO., INC.

Dec. 20, 1979. Petition for certification denied. (See 170
*N.J.Super.* 567)

STATE OF NEW JERSEY v. YUNIS A. SALEH.

Dec. 20, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP RIVERS.

Dec. 20, 1979. Petition for certification denied.

GERARD VALERIUS v. CITY OF NEWARK.

Dec. 20, 1979. Petition for certification granted. (See 168
*N.J.Super.* 529)